UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN VOUGHT,

    Plaintiff,    Case No. 16-cv-13433
                                                  Hon. Mathew F. Leitman

vs.

EXPERIAN INFORMATION
SOLUTIONS INC.,

    Defendant.
_____/

## ORDER TO STRIKE AND REFILE COMPLAINT AND EXHIBITS

Plaintiff, JUSTIN VOUGHT, through his attorneys at FRANK D. EAMAN PLLC., by Suzan Gabbara, stipulate to the following:

**IT IS HEREBY ORDERED** that the Complaint and accompanying Exhibits, in the above referenced matter, is stricken due to the failure to redact certain exhibits. Counsel for the Plaintiff shall refile the Complaint and redact all necessary exhibits within seven days of this order.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  October 6, 2016

STIPULATED BY:

s/Suzan Gabbara
SUZAN GABBARA (P76633)
Frank Eaman PLLC
1441 E. Maple Rd.
Suite 304
Troy, MI 48083
248-420-2269
asmar8@msn.com

Dated:  October 4, 2016